[Criminal No. 317.  Filed November 23, 1912.]

[128 Pac. 49.]

## APOLONIO FLOREZ, Appellant, v. TERRITORY OF ARIZONA, Respondent.

CRIMINAL LAW — APPEAL — NOTICE OF APPEAL—FORM.—Under Penal Code of 1901, section 1044, requiring appeals to be taken by filing with the clerk of the court a notice, a written notice is jurisdictional, and an oral notice in open court is insufficient.

APPEAL from a judgment of the District Court of the Fourth Judicial District, in and for the County of Mohave. Edward M. Doe, Judge. Dismissed.

The facts are stated in the opinion.

Mr. John W. Lane, for Appellant.

Mr. G. P. Bullard, Attorney General, for Respondent.

ROSS, J.—An inspection of the record on file in this court discloses that no legal or proper notice of appeal was given. There was an oral notice of appeal made in open court by appellant, but that is not a compliance with the law. The notice of appeal must be in writing and filed with the clerk of the trial court. Penal Code, par. 1044. Such written notice is jurisdictional. *Territory* v. *Hunter,* 4 Ariz. 197, 36 Pac. 175.

The appeal is dismissed.

FRANKLIN, C. J., and CUNNINGHAM, J., concur. ·